

National Benefit Fund (646) 473-9200 | Pension Fund • (646) 473-8666
Greater New York Benefit Fund • (212) 541-9150 | Pension Fund • (646) 473-8666
Home Care Employees Benefit and Pension Funds • (646) 473-9200

330 WEST 42ND STREET ■ NEW YORK, NY 10036-6977 ■ WWW.1199NBF.ORG
31st Flr., Legal Department • Writer's Direct: phone (646) 473-6042
facsimile (646) 473-6049
email  jennifer.weekley@1199funds.org

June 20, 2019

*Via ECF*

The Honorable Frederic Block
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

### Re: Long Island Neurological Associates, P.C. v. 1199SEIU National Benefit Fund
### Case No. 2:18-cv-06829

Dear Judge Block:

This office represents Defendant 1199SEIU National Benefit Fund in the referenced action.  The parties are writing to jointly request a 30-day adjournment of the pre-motion conference scheduled for June 21, 2019 at 11:00 a.m. The reason for this request is that the parties are engaged in active settlement negotiations and wish to avoid expending unnecessary judicial and litigation resources.

In the alternative, we respectfully request leave to participate in the conference by telephone.

Thank you for your consideration.


Respectfully,


_____/s/_____
Jennifer D. Weekley
Assistant General Counsel
1199SEIU National Benefit Fund



cc:     Nan Geist Faber, attorney for Plaintiff, Long Island Neurological Associates, P.C. (via ECF).