UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LONG ISLAND NEUROLOGICAL
ASSOCIATES, P.C.,                                          Case No. 2:18-cv-06829-FB-RLM

        Plaintiff,

  -against-                                              **STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

1199SEIU NATIONAL BENEFIT FUND,

        Defendant.
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, that this action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other.

Dated: New York, New York

    July 29, 2019

                                                        1199SEIU National Benefit Fund
                                                        For Health and Human Services Employees

By: _____S/_____          By: _____S/_____
    Nan Geist Faber, Esq.                        Jennifer Weekley, Esq.
    996 Dartmouth Lane                           Assistant General Counsel
    Woodmere, New York 11598                     1199SEIU Benefit and Pension Funds
                                                         330 West 42nd Street, 31st floor
    Attorney for Plaintiff, Long Island           New York, New York, 10036
    Neurological Associates, PC                  (646) 473-6042

                                                          Attorney for Defendant